PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone: (949) 567-3500
Facsimile: (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 204-5100
Facsimile: (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Samsung Telecommunications, Inc., et al. <br><br> Defendants. | Case No. 3:10-cv-05545-CRB <br><br> [PROPOSED] ORDER ADOPTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES PENDING RESOLUTION OF THE PARTIES' JOINT ADMINISTRATIVE MOTION TO RELATE CASES |

Before the Court is the parties stipulation to continue certain initial case management deadlines pending resolution of the parties' joint administrative motion to relate cases. PURSUANT TO THE STIPULATION, the Court

1.

ORDERS as follows:

1. the deadline for the parties to submit their joint case management statement and the March 18, 2011 Initial Case Management Conference shall be continued until after Judge Fogel rules on the pending Motion to Relate Cases;

2. in the event the Motion to Relate Cases is denied, the parties shall, within five days of entry of an order denying that motion, file a joint request for issuance of a notice re-setting the date for the Initial Case Management Conference;

3. the parties shall further meet and confer pursuant to Fed. R. Civ. P. 26(f) and submit their joint case management statement in accordance with the deadlines established by that notice; and

4. the requested continuance will not alter the substantive or procedural rights of the parties or the deadlines for the Defendants to answer, plead, or otherwise respond to Nazomi's complaint.

DATED: March 11, 2011        BY:_____
                              Hon. Charles R. Breyer
                              United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

Nazomi Communications, Inc. vs. Samsung Telecommunications, Inc., et al. Case No. 3:10-cv-05545-CRB

2