# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>  Plaintiff,<br><br>vs.<br><br>Samsung Telecommunications, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., LG Electronics, Inc., LG Electronics, U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Communications, Inc., and Kyocera America, Inc.<br><br>  Defendants. | 3:10-cv-05545-CRB<br><br>ORDER ADOPTING STIPULATION TO DISMISS KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., AND KYOCERA AMERICA, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |

Before the Court is the stipulation between Nazomi and the Kyocera Defendants to dismiss Kyocera Corporation, Kyocera International, Inc., and Kyocera America, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). PURSUANT TO THE STIPULATION, and good cause appearing, it is hereby ORDERED that the entire action between Nazomi, Kyocera Corporation, Kyocera International, Inc., and Kyocera America, Inc., including all pending claims and counterclaims, is dismissed without prejudice, each party bearing its own costs, expenses, and attorney fees.

SIGNED this  17th  day of   March   , 2011

_____
Charles R. Breyer
United States District Judge

