# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazomi Communications, Inc. | CASE NO. 5:10-cv-05545-JF |
| Plaintiff(s), | |
| v. | STIPULATION AND [PROPOSED] |
| Samsung Telecommunications, Inc., et al. | ORDER SELECTING ADR PROCESS |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline

Dated: 6/3/2011

Attorney for Plaintiff

Dated: 6/3/2011

See Attached Signature Page
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

         Non-binding Arbitration
         Early Neutral Evaluation (ENE)
✓    Mediation
         Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
         other

IT IS SO ORDERED.

Dated: 6/23/11

_____
UNITED STATES DISTRICT   JUDGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Samsung Telecommunications, Inc., et al. <br><br> Defendants. | Case No. 5:10-cv-5545-JF <br><br> **CIVIL L.R. 16-8 AND ADR L.R. 3-5 STIPULATION SIGNATURE PAGE** |

Dated:  June 3, 2011

/s/  Mark Fowler
Mark Fowler
mark.fowler@dlapiper.com
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303
Telephone:  (650) 833-2048

Attorney for the Samsung Defendants

Dated:  June 3, 2011

/s/  Michael Dorfman
Michael A. Dorfman
michael.dorfman@kattenlaw.com
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone:  (312) 902-5658
Facsimile:  (312) 577-4738

Attorney for Kyocera Communications, Inc.

Dated:  June 3, 2011

/s/     Rita E. Tautkus
Rita E. Tautkus
rtautkus@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Attorney for the LG Defendants

*Nazomi Communications, Inc. v. Samsung Telecommunications, Inc., et al.*, 5 :10-cv-5545-JF

1

CIVIL L.R. 16-8 AND ADR L.R. 3-5 STIPULATION SIGNATURE PAGE

Dated: June 3, 2011

/s/Amy C. Chun
Amy C. Chun
amy.chun@kmob.com
Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorney for the HTC Defendants

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained

concurrence regarding the filing of this document from the signatories to the document.

DATED: June 3, 2011          BY: /s/  Matthew Durell