1  PEPPER HAMILTON, LLP
   Harry P. Weitzel (CA BAR NO. 149934)
2  weitzelh@pepperlaw.com
   4 Park Plaza, Suite 1200
3  Irvine, California  92614-5955
   Telephone:     (949) 567-3500
4  Facsimile:     (949) 521-9101

5  William D. Belanger (MA Bar No. 657184)
   belangerw@pepperlaw.com
6  James M. Wodarski (MA Bar No. 627036)
   wodarskj@pepperlaw.com
7  Matthew D. Durell (GA Bar No. 142061)
   durellm@pepperlaw.com
8  *All Admitted Pro Hac Vice*
   125 High Street
9  15th Floor, Oliver Street Tower
   Boston, Massachusetts 02110
10 Telephone: (617) 204-5100
   Facsimile:  (617) 204-5150

11
   Attorneys for Plaintiff
12 NAZOMI COMMUNICATIONS, INC.

13

14                 **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                     **SAN JOSE DIVISION**

16 Nazomi Communications, Inc.,
                                          Case No. 5:10-cv-05545-JF
17              Plaintiff,
                                          **STIPULATION FOR FILING OF**
18        v.                              **AMENDED COMPLAINT**

19 Samsung Telecommunications, Inc., et al.

20
                Defendants.
21

22        IT IS HEREBY STIPULATED by and between the undersigned parties, through their

23 respective attorneys of record, that Plaintiff may file an Amended Complaint, a copy of which is

24 attached hereto.

25        IT IS FURTHER STIPULATED that the HTC, Samsung, Kyocera entities, and Defendant

26 LG Electronics, Inc. waive notice and service of the amended complaint, shall not be required to

27 answer the amendment, and that all denials, responses, counterclaims, and affirmative defenses

28 Nazomi Communications, Inc. vs. Samsung
   Telecommunications, Inc., et al. Case No. 5:10-cv-      1.    STIPULATION FOR FILING OF AMENDED
   05545-JF                                                     COMPLAINT

1   contained in their respective answers to the original complaint shall be responsive to the amended

2   complaint.

3   Dated: May 26, 2011

4                                        /s/ Matthew Durell
                                         Matthew Durell
5                                        durellm@pepperlaw.com
                                         Pepper Hamilton, LLP
6                                        125 High Street
                                         15th Floor, Oliver Street Tower
7                                        Boston, Massachusetts 02110
                                         Telephone:    (617) 204-5102
8                                        Facsimile:    (617) 204-5150

9                                        Attorney for Plaintiff Nazomi Communications, Inc.

10

11  Dated:  May 26, 2011
                                         /s/Mark Fowler
12                                       Mark Fowler
                                         mark.fowler@dlapiper.com
13                                       DLA Piper US LLP
                                         2000 University Avenue
14                                       East Palo Alto, CA 94303
                                         Telephone:  (650) 833-2048
15

16                                       Attorney for the Samsung Defendants

17

18  Dated: May 26, 2011
                                         /s/Rita Tautkus
19                                       Rita E. Tautkus
                                         rtautkus@morganlewis.com
20                                       Morgan, Lewis & Bockius, LLP
                                         One Market, Spear Street Tower
21                                       San Francisco, CA 94105-1126
                                         Telephone:  (415) 442-1357
22                                       Facsimile:   (415) 442-1001

23                                       Attorney for the LG Defendants

24

25

26

27

28
     Nazomi Communications, Inc. vs. Samsung
     Telecommunications, Inc., et al. Case No. 5:10-cv-      2      STIPULATION FOR FILING OF AMENDED
     05545-JF                                                       COMPLAINT

1    Dated: May 26, 2011                    /s/Michael Dorfman
                                            Michael A. Dorfman
2                                           michael.dorfman@kattenlaw.com
3                                           Katten Muchin Rosenman LLP
                                            525 W. Monroe Street
4                                           Chicago, IL 60661
                                            Telephone:  (312) 902-5658
5                                           Facsimile:  (312) 902-1061

6                                           Attorney for Kyocera Communications, Inc.

7    Dated: May 26, 2011
                                            /s/Amy C. Chun
8                                           Amy C. Chun
                                            amy.chun@kmob.com
9                                           Knobbe Martens Olson & Bear LLP
                                            2040 Main Street, 14th Floor
10                                          Irvine, CA 92614-3641
                                            Telephone:  (949) 760-0404
11                                          Facsimile:  (949) 760-9502

12                                          Attorney for the HTC Defendants

13

14
                                 **ECF CERTIFICATION**
15
             Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained
16
     concurrence regarding the filing of this document from the signatories to the document.
17

18           DATED: May 26, 2011           BY: /s/Matthew Durell

19

20

21                                         IT IS SO ORDERED

22

23   Dated: 6/30/11

24                                         Jeremy Fogel, U.S. District Judge

25

26

27

28

PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Telephone:     (949) 567-3500
Facsimile:      (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
*All Admitted Pro Hac Vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:   (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc., | Case No. CV-10-5545-JF |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| Samsung Telecommunications America, LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., LG Electronics, Inc., LG Electronics Mobilecomm U.S.A., Inc., and Kyocera Communications Inc. | **JURY TRIAL DEMANDED** |
| Defendants. | |

//

//

1.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Nazomi Communications, Inc. ("Nazomi"), by and through its undersigned counsel, complains as follows:

## JURISDICTION AND VENUE

1.      This infringement action arises under the patent laws of the United States, Title 35 of the United States Code, including but not limited to 35 U.S.C. § 271.

2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## THE PARTIES

4.      Plaintiff Nazomi Communications, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 3561 Homestead Road, Suite 571, Santa Clara, California 95051.

5.      LG Electronics, Inc. is a foreign corporation organized and existing under the laws of Korea, with its principal place of business at LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul 150-721, South Korea.  On information and belief, Defendant LG Electronics Mobilecomm U.S.A., Inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 10101 Old Grove Rd, San Diego, CA 92131.  LG Electronics, Inc. and LG Electronics Mobilecomm U.S.A., Inc. are referred to collectively herein as "LG."

6.      On information and belief, Defendant Samsung Electronics Co., Ltd. is a foreign corporation organized and existing under the laws of Korea, with its global headquarters located at 250, Taepyeongno 2-ga, Jung-gu, Seoul 100-742 Korea.  Defendant Samsung Electronics America, Inc., is a corporation organized and existing under the laws of the State of New York,

1  with its principal place of business located at 105 Challenger Road, Ridgefield Park, NJ 07660.

2  Samsung Telecommunications America, LLC is a corporation organized and existing under the

3  laws of the State of Delaware, with its principal place of business located at 1301 Lookout Dr.,

4  Richardson, TX 75082.  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and

5  Samsung Telecommunications America, LLC are referred to collectively herein as "Samsung."

6

7          7.      On information and belief, HTC Corp. is a foreign corporation organized and

8  existing under the laws of Taiwan, with its principal place of business at 23 Hsin Hua Rd.,

9  Taoyuan, 330, Taiwan.  On information and belief, HTC America, Inc. is a corporation organized

10 and existing under the laws of the State of Washington, with its principle place of business

11 located at 13920 S.E. Eastgate Way, Suite 400, Bellevue, WA 98005.  HTC Corp. and HTC

12 America, Inc. are referred to collectively herein as "HTC."

13         8.      On information and belief, Defendant Kyocera Communications, Inc. ("Kyocera")

14 is a corporation organized and existing under the laws of the State of Delaware, with its principal

15

16 place of business located at 9520 Towne Centre Drive, San Diego, California, 92121.

17                                        **BACKGROUND**

18         9.      Nazomi Communications, Inc. was founded in September 1998 by three Java

19 technology and embedded systems veterans for the purpose of enhancing the performance of

20 applications that run on the Java platform and other universal runtime platforms.  Nazomi's

21 pioneering technologies included the JSTAR Java Coprocessor technology and the JA108 Java

22 and Multimedia Application Processor, which were targeted at wireless mobile devices, internet

23 appliances, and embedded systems.  Nazomi's technology and products were adopted by leading

24

25 phone manufacturers and incorporated into millions of smart phones.  In the years since Nazomi's

26 introduction of the JSTAR and JA108 products, Java hardware and software acceleration has

27 been widely adopted for wireless mobile and embedded systems applications.  Java is now used

28

as a platform on hundreds of millions of devices.

10.     On July 18, 2006, the United States Patent and Trademark Office duly and legally issued United States Patent No. 7,080,362 entitled "Java Virtual Machine Hardware for RISC and CISC Processors" ("the '362 patent"). A true and correct copy of the '362 patent is attached as Exhibit 1.

11.     On May 29, 2007, the United States Patent and Trademark Office duly and legally issued United States Patent No. 7,225,436 entitled "Java Hardware Accelerator Using Microcode Engine" ("the '436 patent"). A true and correct copy of the '436 patent is attached as Exhibit 2.

12.     On January 8, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,338,160 entitled "Constant Pool Reference Resolution Method" ("the '160 patent"). A true and correct copy of the '160 patent is attached as Exhibit 3.

13.     Nazomi is the owner and possessor of all rights, title, and interest in the '362, '436, and '160 patents.

14.     Defendant Samsung makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices containing processor cores capable of Java hardware acceleration including, but not limited to, the Instinct s30 (SPH-M810) mobile phone. Upon information and belief, the Instinct s30 (SPH-M810) mobile phone incorporates an ARM926EJ-S processor core capable of Java hardware acceleration.

15.     Defendant Samsung likewise makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices that use a virtual machine ("VM") to resolve constant pool references including, but not limited to, the Captivate (SGH-I897) mobile phone. Upon information and belief, the Captivate (SGH-I897) mobile phone uses a VM to resolve constant pool references.

16.     Defendant HTC makes, uses, sells, and/or offers for sale within the United States

and this judicial district consumer electronic devices that use a VM to resolve constant pool references including, but not limited to, the Droid Incredible mobile phone.  Upon information and belief, the Droid Incredible mobile phone uses a VM to resolve constant pool references.

17.     Defendant LG makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices containing processor cores capable of Java hardware acceleration including, but not limited to, the LX370 mobile phone.  Upon information and belief, the LX370 mobile phone incorporates an ARM926EJ-S processor core capable of Java hardware acceleration.

18.     Defendant LG likewise makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices that use a VM to resolve constant pool references including, but not limited to, the Ally (VS740) mobile phone.  Upon information and belief, the Ally (VS740) mobile phone uses a VM to resolve constant pool references.

19.     Defendant Kyocera makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices containing processor cores capable of Java hardware acceleration including, but not limited to, the PRO-700 mobile phone.  Upon information and belief, the PRO-700 mobile phone incorporates an ARM926EJ-S processor core capable of Java hardware acceleration.

20.     Defendant Kyocera likewise makes, uses, sells, and/or offers for sale within the United States and this judicial district consumer electronic devices that use a VM to resolve constant pool references including, but not limited to, the Zio (M6000) mobile phone.  Upon information and belief, the Zio (M6000) mobile phone uses a VM to resolve constant pool references.

//

## COUNT I
### INFRINGEMENT OF THE '362 PATENT

21.     Plaintiff incorporates each of the preceding paragraphs 1-20 as if fully set forth herein.

22.     Defendants Samsung, LG, and Kyocera have been and are directly infringing the '362 patent by making, using, selling, and/or offering for sale within the United States and this judicial district the products identified in paragraphs 14-15 and 17-20.

23.     The infringement by Defendants of the '362 patent has injured Plaintiff and will cause irreparable injury and damage in the future unless Defendants are enjoined from infringing the '362 patent.

## COUNT II
### INFRINGEMENT OF THE '436 PATENT

24.     Plaintiff incorporates each of the preceding paragraphs 1-23 as if fully set forth herein.

25.     Defendants Samsung, LG, and Kyocera have been and are directly infringing the '436 patent by making, using, selling, and/or offering for sale within the United States and this judicial district the products identified in paragraphs 14-15 and 17-20.

26.     The infringement by Defendants of the '436 patent has injured Plaintiff and will cause irreparable injury and damage in the future unless Defendants are enjoined from infringing the '436 patent.

## COUNT III
### INFRINGEMENT OF THE '160 PATENT

27.     Plaintiff incorporates each of the preceding paragraphs 1-26 as if fully set forth herein.

28.     Defendants Samsung, HTC, LG, and Kyocera have been and are directly infringing the '160 patent by making, using, selling, and/or offering for sale within the United

States and this judicial district the products identified in paragraphs 14-20.

29.     The infringement by Defendants of the '160 patent has injured Plaintiff and will cause irreparable injury and damage in the future unless Defendants are enjoined from infringing the '160 patent.

### PRAYER FOR RELIEF

WHEREFORE, Nazomi prays for judgment against all Defendants as follows:

a)     That the Court find that Defendants have each infringed and are each presently infringing, United States Patent Nos. 7,080,362, 7,225,436, and 6,338,160;

b)     That the Court find the '362, '436, '160 patents valid and enforceable;

c)     That the Court award Nazomi damages or other monetary relief, including prejudgment interest, for Defendants' infringement;

d)     That the Court find this to be an exceptional case entitling Nazomi to an award of attorney's fees, expenses, and costs pursuant to 35 U.S.C. § 285;

e)     That the Court enjoin Defendants and their officers, directors, agents, and employees, from infringing, directly or indirectly, the '362, '436 and '160 patents;

f)     That the Court award Nazomi such other and further relief as the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a jury trial on all issues so triable.

1

2   Dated: May 27, _____, 2011

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PEPPER HAMILTON LLP

Respectfully submitted,


/s/ Harry P. "Hap" Weitzel
_____
Harry P. Weitzel

Attorney for Plaintiff
NAZOMI COMMUNICATIONS, INC.