**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Nazomi Communications Inc,/Nazomi Communications Inc. | 10-04686 JF MED and related case |
| | 10-05545 JF MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Nokia Corporation,/Samsung | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to these related cases is:

**Alexander L Brainerd**
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
415-774-2674
abrainerd@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring these actions to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
10-04686 JF MED/10-05545 JF MED      - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 7, 2011

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
10-04686 JF MED/10-05545 JF MED        - 2 -