IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., HTC CORP., HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., and KYOCERA COMMUNICATIONS INC.,<br><br>Defendants.<br>_____ / | No. C 10-05545 WHA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

This action was reassigned to the undersigned judge on September 27, 2011. The following day, an order to show cause why the claims in this multi-defendant action should not be severed was issued. On September 30, 2011, the action was reassigned to Judge Whyte. In light of this second reassignment, the September 28 order to show cause is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE