PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone: (949) 567-3500
Facsimile: (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 204-5100
Facsimile: (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br> v. <br><br> Samsung Telecommunications America, LLC, et al. <br><br> Defendants. | Case No. 5:10-cv-5545-RMW <br><br> **[] ORDER ADOPTING JOINT STIPULATION TO EXTEND DISCLOSURE DEADLINES** |

*Nazomi v. Samsung, et al.,* **5:10-cv-5545-RMW**         1         **[] ORDER ADOPTING STIPULATION TO EXTEND DISCLOSURE DEADLINES**

Before the Court is the parties' joint stipulation to extend certain disclosure deadlines in *Nazomi Communications, Inc. v. Samsung Telecommunications America, LLC, et al.*, 5:10-cv-5545-RMW.  PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The deadline for defendants to serve their invalidity contentions is extended to November 7, 2011, provided that defendants do not request further extension of this deadline.

2. The deadline for parties to exchange their proposed claim terms under Patent Rule 4-1 is extended to November 25, 2011.

3. The deadline for parties to exchange their proposed constructions under Patent Rule 4-2 is extended to December 16, 2011.

4. The deadline for parties to submit their joint claim construction and prehearing statement under Patent Rule 4-3 is extended to January 6, 2012.

5. If upon rescheduling by the Court, a *Markman* hearing is not scheduled in this case prior to April 27, 2012, the new Patent Rule 4-1, 4-2 and 4-3 deadlines will be subject to further extension as agreed to by the parties.

DATED:     32 18 14 2 33              BY: _____
                                      HON. RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE