**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Samsung Telecommunications America, LLC, et al. <br><br> Defendants. | Case No. 5:10-cv-05545-RMW <br><br> **[] ORDER GRANTING PLAINTIFF LEAVE TO FILE ITS SECOND AMENDED COMPLAINT** |

The court having considered Plaintiff's Motion for Leave to File Second Amended Complaint, and there being no opposition filed, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff has leave to file its Second Amended Complaint.

DATED: January 10, 2012

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge