IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/28/12*

NAZOMI COMMUNICATIONS, INC.,

    Plaintiff,

v.

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, et al.,

    Defendant.

CASE No.: CR-10-05545-RMW

**ORDER RE DOCKET ENTRY**

    Good cause appearing, IT IS HEREBY ORDERED that Docket Entry No. 164, Order Granting Motion to Enlarge the Time for Vizio, Inc. To Serve Invalidity Contentions, having been erroneously filed, shall be stricken and removed from the record.

    **IT IS SO ORDERED.**

Dated: March 28, 2012

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: