1  PEPPER HAMILTON, LLP
   Harry P. Weitzel (CA Bar No. 149934)
2  weitzelh@pepperlaw.com
   4 Park Plaza, Suite 1200
3  Irvine, California  92614-5955
   Telephone:     (949) 567-3500
4  Facsimile:     (949) 521-9101

5  Attorneys for Plaintiff
   NAZOMI COMMUNICATIONS, INC.
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | Nazomi Communications, Inc,              Case No. 5:10-cv-05545-RMW

12 |        Plaintiff,                        **NOTICE OF CHANGE OF COUNSEL FOR NAZOMI COMMUNICATIONS, INC. AND () ORDER**

13 |        vs.

14 | Samsung Telecommunications America, LLC, et al.,

15 |        Defendants.

16

17 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18         PLEASE TAKE NOTICE that Plaintiff Nazomi Communications, Inc. ("Nazomi"), hereby

19 request that the Court withdraw Matthew Durell, David Loo and James Wodarski as attorneys of record

20 in this matter.  Mssrs. Durell, Loo and Wodarski are no longer associated with the law firm Pepper

21 Hamilton LLP and therefore withdraw as counsel of record for Nazomi. Attorneys from Pepper

22 Hamilton, LLP, including William Belanger, Harry Weitzel, Alison McCarthy, Frank Liu, Michael

23 Stone, and Suparna Datta will continue to serve as counsel for Nazomi.

24         The Clerk's office is requested to make such changes to the docket and to the electronic

25 notification system as are necessary to reflect the withdrawal of Mssrs. Durell, Loo and Wodarski as

26 counsel of record for Nazomi.

27

28

1  Dated: March 14, 2013                                PEPPER HAMILTON LLP
2
3
                                                        /s/ Harry P. Weitzel
4                                                       Harry P. Weitzel
                                                        Attorney for Nazomi Communications, Inc.
5
6
7
   **IT IS SO ORDERED**
8  Date: _____                                *Ronald M. Whyte*
9                                                       **RONALD M. WHYTE**
                                                        United States District Judge
10
11
12
13
                            **CERTIFICATE OF SERVICE**
14
       I hereby certify that the foregoing document NOTICE OF CHANGE OF COUNSEL was electronically
15
   served on all counsel of record by electronic mail on March 14th, 2013
16
17
                                                        /s/ Harry P. Weitzel
18                                                      Harry P. Weitzel
19
20
21
22
23
24
25
26
27
28

                                         2
         NOTICE OF CHANGE OF COUNSEL FOR NAZOMI COMMUNICATIONS, INC. AND
                                    () ORDER
                          CASE NO. 5:10-CV-05545-RMW