*E-FILED 11-19-13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC *et al.*, <br><br> Defendants. | CASE NO.  10-CV-05545-RMW <br><br> **ORDER GRANTING STIPULATION REGARDING THE TIME TO OPPOSE DEFENDANTS' BILLS OF COSTS** |

IT IS HEREBY ORDERED that the time for Nazomi to file an opposition to defendants' Bills of Costs shall be twenty-eight days from entry of final judgment, or 14 days from the date the last Bill of Costs is filed, whichever is later.

**IT IS SO ORDERED.**

DATED: 11-19-13          BY: /s/ Ronald M. Whyte

Honorable Ronald M. Whyte

United States District Judge

- 1 -
[] ORDER GRANTING STIPULATION REGARDING THE TIME TO OPPOSE DEFENDANTS' BILLS OF COSTS, 10-CV-05545-RMW