UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC *et al.*, <br><br> Defendants. | CASE NO. 10-CV-05545-RMW <br><br> **ORDER GRANTING STIPULATION REGARDING THE TIME TO OPPOSE DEFENDANTS' BILLS OF COSTS** |

IT IS HEREBY ORDERED that the time for Nazomi to file an opposition to defendants' Bills of Costs shall be twenty-eight days from entry of final judgment, or 14 days from the date the last Bill of Costs is filed, whichever is later.

**IT IS SO ORDERED.**

DATED:_____   BY:_____

Honorable Ronald M. Whyte

United States District Judge

- 1 -
[] ORDER GRANTING STIPULATION REGARDING THE TIME TO
OPPOSE DEFENDANTS' BILLS OF COSTS, 10-CV-05545-RMW